IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE                          )
                               )
JANICE DeVAUGHN,               )
                               )
    Debtor.                    )
                               )
BANK OF AMERICA, N.A.,         )
as successor by merger to      )
BAC Home Loans Servicing,      )
L.P. f/k/a/ Countrywide        )
Home Loans Servicing, L.P.,    )
                               )
    Plaintiff,                 )
                               )   CIVIL ACTION NO.
    v.                         )    2:12cv445-MHT
                               )        (WO)
JANICE DeVAUGHN, et al.,       )
                               )
    Defendants.                )
```

OPINION

In this adversary proceeding, defendant Randy Connell d/b/a Dixieland Homes has filed a motion to dismiss and an objection contending that reformation of the deeds and mortgages to and on real property on which the debtor Janice DeVaughn has an interest would adversely affect the priority of his judgment lien against the property. This matter is now before the court on the recommendation of

the United States Bankruptcy Judge that the motion be denied and the objection overruled. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the bankruptcy judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of May, 2012.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE